FILED
CLERK, U.S DISTRICT COURT

OCT 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ISRAEL SOTO-ZAMORA<br><br>　　　　Defendant. | 12-MJ-2305<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release)<br>Conditions of Release) |

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The court finds no condition or combination of conditions that will reasonably assure:

　　(A)　(X)　the appearance of defendant as required; and/or

　　(B)　(X)　the safety of any person or the community.

//

//

1   The court concludes:
2   A.  (X)  Defendant poses a risk to the safety of other persons or the
3           community because defendant has not demonstrated by clear and
4           convincing evidence that: he will comply with
5   conditions. The allegations regard
6   his battery arrest are serious and indicate
7   that he is a danger. His criminal history
8   also indicates he is a danger.

10  (B)  (X)  Defendant is a flight risk because defendant has not shown by clear
11          and convincing evidence that: he will comply with
12  conditions of release. Defendant
13  failed to report for drug testing on
14  multiple occasions, failed to report
15  to his probation officer + also has
16  no bail resources or sureties.

17      IT IS ORDERED that defendant be detained.

19  DATED: 10/4/12

            _____
            SUZANNE H. SEGAL
            UNITED STATES MAGISTRATE JUDGE

2